IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-17530 |
| | ) | |
| Meghan N. Bush | ) | Judge Jessica Price Smtih |
| | ) | |
| Debtor | ) | Chapter 7 Case |

**REQUEST FOR NOTICE TO CREDITORS
TO FILE CLAIMS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

It appears to the trustee that there will be assets for distribution to creditors.

Please issue Notice to Creditors to File Claims.

/s/ Sheldon Stein_____
SHELDON STEIN (0007292)
S. Stein Company LLC
50 Public Square, Ste. 2200
Post Office Box 5606
Cleveland, Ohio 44101
(216) 696-7449 Fax (216) 696-5329