```
United States Bankruptcy Court
Northern District of Ohio
In re:                                                         Case No. 18-17530-jps
Meghan N. Bush                                                 Chapter 7
       Debtor                 CERTIFICATE OF NOTICE
District/off: 0647-1          User: admin              Page 1 of 2              Date Rcvd: Jan 30, 2019
                              Form ID: 177a            Total Noticed: 50
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2019.
```
db            +Meghan N. Bush,    3819 Stickney Avenue,    Cleveland, OH 44109-5068
25798685      +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
25798688      +CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
25798689       CCA,    205 W. Saint Clair Avenue,    Cleveland, OH 44113-1503
25798690      +CCH Main Campus,    c/o JP Recovery Services, Inc.,    P.O. Box 16749,
                Rocky River, OH 44116-0749
25798691      +CCH Physicians,    c/o JP Recovery Services, Inc.,    P.O. Box 16749,
                Rocky River, OH 44116-0749
25798687      +Capital One Auto Finance,    P.O. Box 259407,    Plano, TX 75025-9407
25798692      +Charter Communications,    c/o The CBE Group,    P.O. Box 126,    Waterloo, IA 50704-0126
25798695       Cleveland Clinic,    c/o Firstcredit, Inc.,    P.O. Box 630838,    Cincinnati, OH 45263-0838
25798697       Cleveland Clinic,    c/o Receivables Outsourcing, LLC,    P.O. Box 62850,
                Baltimore, MD 21264-2850
25798698      +Cleveland Clinic - Fairview,    c/o First Credit,    P.O. Box 630838,    Cincinnati, OH 45263-0838
25798699      +Cleveland Clinic - Physician,    c/o FirstCredit,    P.O. Box 630838,    Cincinnati, OH 45263-0838
25798700      +Clinic Medical Services, LLC,    c/o J.P. Recovery Services, Inc.,    P.O. Box 16749,
                Rocky River, OH 44116-0749
25798704      +Endoscopy Center N Shore,    c/o First Federal Credit Control,    24700 Chagrin Blvd., Suite 205,
                Beachwood, OH 44122-5630
25798705      +Gastroenterology,    c/o First Federal Credit, Ste. 205,    24700 Chagrin Blvd.,
                Beachwood, OH 44122-5647
25798707      +Jeffrey B. Minear,    6357 Almonte Drive,    Brookpark, OH 44142-3652
25798710      +Medical Svc Co/ProcAir,    c/o JP Recovery,    P.O. Box 16749,    Rocky River, OH 44116-0749
25798712      +Midland Funding LLC,    P.O. Box 2001,    Warren, MI 48090-2001
25798714      +National Tire & BT/CBSD,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
25798715      +Ohio Natural Gas,    c/o Virtuoso Sourcing Group,    P.O. Box 1022,    Wixom, MI 48393-1022
25798717       Receivables Outsourcing,    P.O. Box 62850,    Baltimore, MD 21264-2850
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QSSTEIN.COM Jan 31 2019 03:08:00      Sheldon Stein,    S. Stein Company LLC,
                50 Public Square, Suite 2200,    Post Office Box 5606,    Cleveland, OH 44101-0606
ust           +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Jan 30 2019 22:34:58      Cynthia J. Thayer,
                US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
cr            +EDI: AISACG.COM Jan 31 2019 03:08:00      Capital One Auto Finance, a division of Capital On,
                c/o AIS Portfolio Services, LP,    4515 N Santa Fe Avenue Dept. APS,
                Oklahoma City, OK 73118-7901
cr            +E-mail/Text: bankruptcy@huntington.com Jan 30 2019 22:35:45      The Huntington National Bank,
                PO Box 89424,    Cleveland, OH 44101-6424
25798682      +EDI: GMACFS.COM Jan 31 2019 03:08:00      Ally Financial,    P.O. Box 380901,
                Minneapolis, MN 55438-0901
25798683      +E-mail/Text: ACF-EBN@acf-inc.com Jan 30 2019 22:34:31      Atlantic Credit & Finance,
                P.O. Box 13386,    Roanoke, VA 24033-3386
25859154      +EDI: ATLASACQU.COM Jan 31 2019 03:08:00      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
25798684      +E-mail/Text: paymentprocessing@avanteusa.com Jan 30 2019 22:34:26      Avante USA,
                3600 S. Gessner Rd., Ste. 225,    Houston, TX 77063-5357
25798703       E-mail/Text: customercareus@creditcorpsolutionsinc.com Jan 30 2019 22:34:28
                Credit Corp. Solutions, Inc.,    63 East 11400 South 408,    Sandy, UT 84070
25798686       EDI: CAPITALONE.COM Jan 31 2019 03:08:00      Capital One,    P.O. Box 30285,
                Salt Lake City, UT 84130-0285
25798693      +EDI: MID8.COM Jan 31 2019 03:08:00      Citibank, N.A.,    c/o MCM,
                2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
25798694       EDI: ARSN.COM Jan 31 2019 03:08:00      Citibank, N.A.,    c/o ARS National Services, INc.,
                P.O. Box 469100,    Escondido, CA 92046-9100
25798696       EDI: CAPIO.COM Jan 31 2019 03:08:00      Cleveland Clinic,    P.O. Box 89410,
                Cleveland, OH 44101-6410
25798701      +EDI: WFNNB.COM Jan 31 2019 03:08:00      Comenity Bank/Torrid,    P.O. Box 182789,
                Columbus, OH 43218-2789
25798702      +EDI: WFNNB.COM Jan 31 2019 03:08:00      Comenity Bank/Victoria's Secret,    P.O. Box 182789,
                Columbus, OH 43218-2789
25798706      +E-mail/Text: bankruptcy@huntington.com Jan 30 2019 22:35:44      Huntington Mtg. Group,
                P.O. Box 1558,    Columbus, OH 43216-1558
25798709      +E-mail/Text: BKRMailOPS@weltman.com Jan 30 2019 22:35:16      Kay's Jewelers,    375 Ghent Road,
                Akron, OH 44333-4600
25798708      +E-mail/Text: BKRMailOPS@weltman.com Jan 30 2019 22:35:16      Kay's Jewelers,    P.O. Box 740425,
                Cincinnati, OH 45274-0425
25798711      +EDI: MID8.COM Jan 31 2019 03:08:00      Midland Credit Management,
                2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
25798713      +E-mail/Text: bankruptcydepartment@tsico.com Jan 30 2019 22:36:48      Minute Clinic of Ohio,
                c/o Transworld Systems Inc.,    P.O. Box 15636,    Wilmington, DE 19850-5636
25798716       EDI: PRA.COM Jan 31 2019 03:08:00      Portfolio Recovery Assoc.,    P.O. Box 12914,
                Norfolk, VA 23541
25800806      +EDI: PRA.COM Jan 31 2019 03:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
25798718       +EDI: RMSC.COM Jan 31 2019 03:08:00      SYNCB/Ashley Home Stores,    P.O. Box 965036,
                 Orlando, FL 32896-5036
25798720       +EDI: RMSC.COM Jan 31 2019 03:08:00      SYNCB/Home,    P.O. Box 965036,    Orlando, FL 32896-5036
25798719       +EDI: RMSC.COM Jan 31 2019 03:08:00      Syncb/hhgreg,    Attn.: Bankruptcy,    P.O. Box 965060,
                 Orlando, FL 32896-5060
25798721       +EDI: MID8.COM Jan 31 2019 03:08:00      Synchrony Bank,    c/o Midland Credit Mgmt.,
                 2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
25798722       +EDI: RMSC.COM Jan 31 2019 03:08:00      Synchrony Bank/Care Credit,    P.O. Box 965036,
                 Orlando, FL 32896-5036
25798723       +EDI: RMSC.COM Jan 31 2019 03:08:00      Synchrony Bank/JCPenney,    P.O.Box 965007,
                 Orlando, FL 32896-5007
25798724       +E-mail/Text: BKRMailOps@weltman.com Jan 30 2019 22:36:05      Weltman, Weinberg & Reis Co.,
                 Lakeside Place,    323 Lakeside Ave. W,    Cleveland, OH 44113-1009
                                                                                             TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Sheldon Stein,    S. Stein Company LLC,    50 Public Square, Suite 2200,    Post Office Box 5606,
                 Cleveland, OH 44101-0606
cr*           +Atlas Acquisitions LLC,    294 Union Street,    Hackensack, NJ 07601-4303
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                      TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2019 at the address(es) listed below:
              Lee R. Kravitz    on behalf of Debtor Meghan N. Bush leekravitz@sbcglobal.net
              Sheldon    Stein     ssteindocs@gmail.com,
               sstein@ecf.epiqsystems.com;sheldon@steintrustee.com;kristine@steintrustee.com
              Sheldon    Stein    on behalf of Trustee Sheldon  Stein ssteindocs@gmail.com,
               sstein@ecf.epiqsystems.com;sheldon@steintrustee.com;kristine@steintrustee.com
                                                                                             TOTAL: 3
```

**Case No. 18−17530−jps**

**In re: (Name of Debtor)**
Meghan N. Bush
3819 Stickney Avenue
Cleveland, OH 44109

**Social Security No.:**
xxx−xx−0983

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

Last date to file claims: **May 9, 2019**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov) or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** January 30, 2019
Form ohnb177

For the Court
Teresa D. Underwood, Clerk